IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Elnora E. Parks

Debtor

Bankruptcy No. 09-12308
Judge A. Benjamin Goldgar
Chapter: 13

## NOTICE OF STATEMENT OF OUTSTANDING OBLIGATIONS

NOTICE IS HEREBY GIVEN that pursuant to the April 27, 2011 Notice of Payment of Final Mortgage Cure Amount issued to HSBC Mortgage Servicies, HSBC Mortgage Services hereby files this notice of outstanding payment obligations presently due:

Post Petition Payments due:
    June 01, 2009 through June 01, 2011 at 293.10 each
TOTAL DEFAULT                                                                    $ 7,327.50

## CERTIFICATE OF SERVICE

TO:   Elnora E. Parks, 19814 Terrace Avenue, Lynwood, IL 60411
      James J Burns, 53 W. Jackson, Suite 909, Chicago, IL 60604
      Marilyn O. Marshall, 224 S. Michigan, #800, Chicago, IL 60604

I, Andrew E. Houha, an attorney, certify that I caused to be mailed copies of this notice of default to the parties listed above on June 20, 2011, postage prepaid by depositing the same in the U.S. Mail at 230 W. Monroe St., Chicago, IL 60606.  The remaining parties were served by this Court's CM/ECF electronic noticing system.

                                        /s/ Andrew E. Houha
                                        Andrew E. Houha,  IL ARDC #6216265

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**